| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SHANNON REVILL, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. 1:18-CV-634 |
| § | |
| COMMISSIONER OF SOCIAL SECURITY § ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation (Doc. No. 18) recommending that the court reverse and remand the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). No objections have been filed. Accordingly, the court ADOPTS the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 24th day of March, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE