| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SHANNON REVILL, | § |
| *Plaintiff*, | § § § |
| v. | §  CIVIL ACTION NO. 1:18-CV-634 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § |
| *Defendant*. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Honorable Keith F. Giblin, United States Magistrate Judge, submitted a report recommending that the Court deny the plaintiff's motion for attorney fees under the Equal Access to Justice Act. No party has filed objections to the magistrate judge's report. The Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge (#23) is **ADOPTED**. The Court further **ORDERS** that the motion for attorney fees (#21) is **DENIED**.

SIGNED at Beaumont, Texas, this 7th day of January, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE