| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| SHANNON REVILL, | § |
| | § |
| | § |
| *versus* | § CASE NO. 1:18-CV-00634-MAC |
| | § |
| COMMISSIONER OF SOCIAL SECURITY, | § |
| | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING ATTORNEY FEES

Before the court is a report and recommendation of the United States magistrate judge regarding the Plaintiff's Motion for Attorney's Fees Pursuant to 406(b). The parties have not filed objections to the report. Having conducted an independent review, the court concludes that the report of the magistrate judge should be **ADOPTED** and the motion should be **GRANTED**. It is therefore

**ORDERED** that the Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406(b) (Doc. #28) is **GRANTED** and Counsel William C. Herren is awarded attorney fees under 42 U.S.C. § 406(b) in the amount of $3,868.50.

SIGNED at Beaumont, Texas, this 15th day of March, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE